## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| HARRIET ANTHONY, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:11CV942SNLJ/DDN |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER AND JUDGMENT

Having received no objections to the United States Magistrate Judge's Report and Recommendation [18], filed  June 1, 2012,

**IT IS HEREBY ORDERED**  that the Report and Recommendation of United States Magistrate Judge David D. Noce [18], filed June 1, 2012 be and is **SUSTAINED, ADOPTED** and **INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the relief sought by the plaintiff in her Complaint and Brief in Support of Complaint be and is **DENIED.**

**IT IS FINALLY ORDERED** that the final decision of the Commissioner of Social Security be and is **AFFIRMED** under Sentence Four of 42 U.S.C. §405(g) and judgment be entered in favor of the defendant Commissioner.   This Court does not retain jurisdiction of this matter.

Dated this _____25th_____ day of June, 2012.

_____
UNITED STATES DISTRICT JUDGE